Algonquin Manor Building Corporation, an Illinois Corporation, Plaintiff-Appellant, v. Barney Waters, d/b/a Grayslake Sand and Gravel, and Aetna Insurance Company, a Corporation, Defendants-Appellees.

Gen. No. 66–28.

Second District.

February 27, 1967.

Albert S. Salvi, of Lake Zurich, for appellant; Snyder, Clarke, Dalziel, Holmquist & Johnson, of Waukegan, and Thomas B. Nelson, of Grayslake, for appellees. Opinion by PRESIDING JUSTICE MORAN. Not to be published in full.